· FORRESTER v. DENNY et al.

GILBERT, J. An order passed by the judge, as follows: "After hearing had upon the within petition, the restraining order heretofore passed in this cause is dissolved," is not a judgment refusing to grant an interlocutory injunction, and affords no basis for a writ of error. *Putnam Mills & Power Co.* v. *Stonecypher*, 151 *Ga.* 14 (106 S. E. .87); *Bradfield* v. *Abercrombie*, 151 *Ga.* 401 (107 S. E. 45); *Touchton* v. *Henderson*, 158 *Ga.* 819 (124 S. E. 529); *Kennedy* v. *Edenfield*, 159 *Ga.* 816 (126 S. E. 779); *Shirley* v. *Standard Oil Co.*, 169 *Ga.* 300.

*Writ of error dismissed. All the Justices concur.*

No. 7296. NOVEMBER 15, 1929.

*Milner & Farkas,* for plaintiff.
*Graham Wright,* for defendants.